## Commonwealth *v.* Riggins, Appellant.

 Before KUBACKI, J. 

Argued December 15, 1975. *Robert M. Pressman,* with him *Pressman and Lipsky,* for appellant; *Allan J. Sagot, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.